(120 So. 923)

Willie E. BREITLING v. CITY OF DEMOPO-
LIS. (2 Div. 423.)

Court of Appeals of Alabama. Feb. 5, 1929.

L. R. Wilson, of Demopolis, for appellant.
W. F. Herbert, of Demopolis, for appellee.

RICE, J. Affirmed.

(127 So. 917)

Margaret BRELAND et al. v. Ida S. HEIDT.
6 Div. 797.

Court of Appeals of Alabama.
April 3, 1930.

PER CURIAM.
Appeal dismissed on motion of appellants.

(125 So. 918)

Harve BREWER v. STATE. (8 Div. 863.)

Court of Appeals of Alabama. Jan. 28, 1930.

RICE, J. Affirmed.

(128 So. 914)

Mrs. Harve BREWER v. STATE.
8 Div. 31.

Court of Appeals of Alabama.
May 27, 1930.

SAMFORD, J.
Affirmed.

(122 So. 920)

Alice BRIDGEFORTH v. TENNESSEE VAL-
LEY BANK. (8 Div. 856.)

Court of Appeals of Alabama. May 28, 1929.

SAMFORD, J. Affirmed.

(124 So. 919)

Ed BRIZELL v. STATE. (I Div. 895.)

Court of Appeals of Alabama. Nov. 19, 1929.

SAMFORD, J. Affirmed.

(123 So. 923)

Lawrence BROADUS v. STATE. (I Div. 899.)

Court of Appeals of Alabama. June 29, 1929.

BRICKEN, P. J. Appeal dismissed on mo-
tion of appellant.

(127 So. 917)

Lester BROADUS and Claud Sturdivant, alias
Sturtevant, v. STATE.
I Div. 936.

Court of Appeals of Alabama.
March 18, 1930.

PER CURIAM.
Appeal dismissed on motion of appellant.

(123 So. 923)

Love BROGLAN v. STATE. (8 Div. 705.)

Court of Appeals of Alabama. June 29, 1929.

BRICKEN, P. J. Affirmed.

(124 So. 919)

Walter BROOKS v. STATE. (I Div. 912.)

Court of Appeals of Alabama. Dec. 6, 1929.

PER CURIAM. Appeal dismissed on mo-
tion of appellant.